# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JESUS RODRIGUEZ SANDOVAL, *et al.*,

                Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

                Defendants.

Case No. 2:10-cv-01196-RCJ-PAL

**ORDER**

The court entered a Discovery Plan and Scheduling Order (Dkt. #11) for this case on December 20, 2010. The order established April 25, 2011, as the discovery cutoff, as well as other case management deadlines consistent with the provisions of LR 26-1(e). A subsequent Order (Dkt. #14) was entered granting an extension of discovery cutoff to August 23, 2011, as well as extending other scheduling deadlines.

Pursuant to the direction of the District Judge in this case that trial be set on the trial stack closest to 120 days after the close of discovery,

**IT IS ORDERED** the trial date in this matter is set for May 22, 2012, at 8:30 a.m., with calendar call on May 7, 2012, at 8:30 a.m., before Judge Robert C. Jones.

Dated this 20th day of December, 2011.

                                            Peggy A. Leen
                                            United States Magistrate Judge